UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:19-cr-102-TWP-MJD-01 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| BRIAN WILLIAMS | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is:

☐ DENIED.

☒ DENIED WITHOUT PREJUDICE.

☒ FACTORS CONSIDERED: See attached opinion.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:19-cr-00102-TWP-MJD |
| | ) |
| BRIAN WILLIAMS, | ) -01 |
| | ) |
| Defendant. | ) |

**<u>Order Denying Motion for Compassionate Release Without Prejudice</u>**

This matter is before the Court on Defendant Brian Williams pro se motion that the Court construed as a Motion for Compassionate Release under the First Step Act of 2018. (Dkt. 56). The Court appointed counsel to represent Defendant and stayed the case. Dkts. 57, 59. CJA counsel appeared on Defendant's behalf, dkt. 58, but then withdrew, dkts. 62, 64.

After counsel withdrew, the Court concluded that Defendant's pro se Motion for Compassionate Release lacked sufficient information for the Court to conclude that he was entitled to compassionate release. Accordingly, on January 5, 2021, the Court ordered Defendant to supplement his motion by completing and returning the Court's form compassionate release motion by February 19, 2021. Dkt. 64. The Court warned Defendant that his Motion for Compassionate Release would be considered abandoned and denied without prejudice if he did not return the form motion as directed. *Id.* The Court mailed its Order and the form motion to Defendant on January 5, 2021.

As of the writing of this Order, Defendant has not completed and returned the Court's form motion as required, and the deadline for doing so has passed. Accordingly, the Court considers Defendant's Motion for Compassionate Release abandoned, and the motion, dkt. [56], is **denied**

**without prejudice**. Nothing in this Order, however, prohibits Defendant from filing a new motion for compassionate release.

    **IT IS SO ORDERED.**

Date: 3/5/2021

*[signature]*
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Brian Williams
Reg. No. 16904-028
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

All Electronically Registered Counsel